UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division

**UNITED STATES OF AMERICA**

-vs-                                                                            Case No.  06-318-0

**JEFFREY KIRKLAND**

_____

## FINDINGS AND ORDER ON REMOVAL PROCEEDINGS
## PURSUANT TO RULE 5, FED.R.CRIM.P.

**JEFFREY KIRKLAND**, having been arrested and presented before me for removal proceedings pursuant to Rule 5, Federal Rules of Criminal Procedure, and having been informed of the rights specified in Rule 5 (c) thereof, and of the provisions of Rule 20, the following has occurred of record.

An Initial Appearance on the Violation of Conditions of Supervised Release from ND/IN was held on November 3, 2006.

After hearing the evidence, and based on the defendant's waiver of identity hearing, I find that **JEFFREY KIRKLAND** is the person named in the warrant for arrest, a copy of which has been produced.

No preliminary examination/bond revocation/detention hearing has been held because the defendant elects to have the preliminary examinationbond revocation/detention hearing conducted in the district in which the prosecution is pending.

It is, therefore,

**ORDERED** that **JEFFREY KIRKLAND** be held to answer in the district court in which the prosecution is pending.  Final Commitment given to the U.S. Marshal.

**DONE** and **ORDERED** in Chambers in Tennessee this ____3rd _____ day of November, 2006.

_____s/Diane K. Vescovo_____
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
United States Marshal
Pretrial Services Office